**Electronically Filed**
**Supreme Court**
**SCPW-16-0000142**
**16-MAR-2016**
**02:00 PM**

SCPW-16-0000142

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

LANRIC HYLAND, Petitioner,

vs.

RONALD GONZALES and STEWART MAEDA, in his official capacity as
Hawaii County Clerk, Respondents.

ORIGINAL PROCEEDING
(CAAP-15-0000053)

ORDER DENYING WITHOUT PREJUDICE PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Lanric Hyland's
petition for writ of mandamus, filed on March 7, 2016, the
documents attached thereto and submitted in support thereof, and
the record, it appears that, once the Intermediate Court of
Appeals enters its judgment on appeal in CAAP-15-0000053,
petitioner may seek relief by filing an application for writ of
certiorari pursuant to HRAP Rule 40.1. Petitioner, therefore, is
not entitled to a writ of mandamus. See Kema v. Gaddis, 91
Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of
mandamus is an extraordinary remedy that will not issue unless
the petitioner demonstrates a clear and indisputable right to
relief and a lack of alternative means to redress adequately the

alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied without prejudice to petitioner filing an application for writ of certiorari pursuant to HRAP Rule 40.1.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, March 16, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

